■ EVELYN MONGIOVE et al., Respondents, v PATTI J. ALESCI, Appellant. [701 NYS2d 672] —In an action to recover damages for personal injuries, etc., the defendant appeals from an order of the Supreme Court, Kings County (Rappaport, J.), entered November 5, 1998, which denied her motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The Supreme Court properly denied the defendant's motion for summary judgment since there are issues of fact which require a trial. O'Brien, J. P., Krausman, Florio and McGinity, JJ., concur.